**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-563**

---

In Re: SIMON WILLIAMS,

Petitioner.

---

On Petition for Writ of Mandamus. (CA-92-34-A)

---

Submitted: August 22, 1996        Decided: September 3, 1996

---

Before HALL, WILLIAMS, and MICHAEL, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Simon Williams, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Simon Williams, a federal prisoner, filed a petition for a Writ of Mandamus to compel the district court to act on his motion to vacate, set aside, or correct his sentence. Williams filed his habeas corpus motion on April 19, 1996. We find that the delay in the district court has not been unreasonable. Accordingly, we deny Williams' petition for a Writ of Mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2